UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CLORIS BANKS TORREY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:13CV1611 CEJ |
| | ) | |
| JP MORGAN CHASE BANK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Before the court is the plaintiff=s motion for the return of the original documents she submitted upon filing this action.

Plaintiff Cloris Banks Torrey filed this action on August 19, 2013, claiming violation of her right to due process in connection with foreclosure proceedings. On April 24, 2014, the court dismissed plaintiff's action as frivolous and for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B). Plaintiff now seeks to have the court "release" her "original Amended Petition, Certificate of Service and Exhibits. . ."

Plaintiff submitted her amended complaint and accompanying exhibits for review on October 10, 2013. Plaintiff subsequently submitted several "supplements," or exhibits. Each time plaintiff submitted a motion or supplement, it became part of the court record

The district court for the Eastern District of Missouri converted to an electronic filing, service, and storage system effective October 1, 2003. Pro se litigants are exempt from the electronic filing requirement and must submit all documents to the court in paper form, unless otherwise permitted by the presiding judge. *See* CM/ECF Administrative Procedures Manual, Rule III.B. Paper documents submitted by pro se litigants for filing are scanned into the electronic court file by the Clerk's Office. After being scanned into the electronic court file, the

paper documents are retained in the Clerk's Office for a period of six months and are then discarded. *Id.* For this reason, pro se litigants are cautioned not to send original exhibits to the court. When it is appropriate for pro se litigants to submit exhibits to the court, the litigants are directed to retain their original exhibits and send photocopies to the court.

Original documents plaintiff submitted more than six months ago have been discarded in accordance with the CM/ECF policy. Any original documents that may still be in existence are to be retained as part of the court record.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for release of her original documents [Doc. #22] is **denied**.

Dated this 5th day of May, 2014.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE